AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| I.A. et. al.<br>*Plaintiff*<br>v.<br>William P. Barr<br>*Defendant* | Case No. 19-cv-2530 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

I.A., E.B., L.C., M.X., L.A., A.L.G., A.G., N.B., and Tahirih Justice Center, Plaintiffs.

Date: 08/21/2019

/s Keren Zwick
*Attorney's signature*

Keren Zwick, 6302146
*Printed name and bar number*

224 S. Michigan Ave. Ste. 600
Chicago, IL 60604

*Address*

kzwick@heartlandalliance.org
*E-mail address*

(312) 660-1364
*Telephone number*

(312) 660-1505
*FAX number*